■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. PANDAJIS, Appellant. (Appeal No. 2.) [46 NYS3d 468]— Appeal from an amended order of the Monroe County Court (Vincent M. Dinolfo, J.), entered August 27, 2015. The amended order, insofar as appealed from, denied the motion for DNA testing pursuant to CPL 440.30 (1-a).

It is hereby ordered that the amended order so appealed from is unanimously affirmed.

Same memorandum as in *People v Pandajis* ([appeal No. 1] 147 AD3d 1469 [2017]). Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.